**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7483**

GREGORY ALLEN GANT,

                   Petitioner - Appellant,

          v.

STATE OF NORTH CAROLINA,

                   Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:12-hc-02178-FL)

Submitted:  November 2, 2012          Decided:  November 6, 2012

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory Allen Gant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Allen Gant appeals the district court's order dismissing as frivolous his civil action requesting an "Avernment of Jurisdiction." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gant v. North Carolina</u>, No. 5:12-hc-02178-FL (E.D.N.C. Aug. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>